```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
NIKHILA SUNNY, et al.,                                              JUDGMENT

                    Plaintiffs,                                     21-cv-4662 (BMC)

        v.

JOSEPH R. BIDEN JR., et al.,

                    Defendants.
---------------------------------------------------------------X
VAUGHN WASHINGTON GEORGE
WILSON, et al.,

                    Plaintiffs,                                     21-cv-5379 (BMC)

        v.

JOSEPH R. BIDEN JR., et al.,

                    Defendants.
---------------------------------------------------------------X
NICOLAS ABREU SANTOS, et al.,

                    Plaintiffs,                                     21-cv-5240 (BMC)

        v.

JOSEPH R. BIDEN JR., et al.,

                    Defendants.
---------------------------------------------------------------X
```

A Memorandum, Decision and Order of Honorable Brian M. Cogan, United States District Judge, having been filed on August 30, 2023, granting defendants' motions to dismiss the original complaints; it is

ORDERED and ADJUDGED that defendants' motions to dismiss the original complaints are granted; and that these cases are dismissed.

Dated: Brooklyn, New York                                    Brenna B. Mahoney
       August 31, 2023                                          Clerk of Court

              By: <u>*/s/Jalitza Poveda*</u>
                 Deputy Clerk